FILED IN OPEN COURT

MAY 26 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:11-cr-115 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 & 1111 |
| | ) | (1st Degree Murder) |
| **JORGE AVILA TORREZ,** | ) | |
| | ) | |
| Defendant | ) | Notice of Special Findings |

### INDICTMENT

### May 2011 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

On or about July 11, 2009, at Joint Base Myer - Henderson Hall, Arlington, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, **JORGE AVILA TORREZ**, did willfully, deliberately, maliciously, and with premeditation and malice aforethought kill Amanda Jean Snell.

(In violation of Title 18, United States Code, Sections 7(3) & 1111.)

**NOTICE OF SPECIAL FINDINGS**

a. The allegations of this indictment are hereby realleged as if fully set forth herein and incorporated by reference.

b. The defendant **JORGE AVILA TORREZ**:

(1) was 18 years of age or older at the time of the offense;

(2) intentionally killed Amanda Jean Snell (18 U.S.C. § 3591(a)(2)(A));

(3) intentionally inflicted serious bodily injury that resulted in the death of Amanda Jean Snell (18 U.S.C. § 3591(a)(2)(B));

(4) intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Amanda Jean Snell died as a direct result of such act (18 U.S.C. § 3591(a)(2)(C));

(5) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life

and Amanda Jean Snell died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

(6) has previously been convicted of a State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted use or threatened use of a firearm against another person (18 U.S.C. § 3592(c)(2)); and,

(7) has previously been convicted of 2 or more State offenses punishable by a term of imprisonment of more than 1 year committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person (18 U.S.C. § 3592(c)(4)).

(Pursuant to Title 18, United States Code, Sections 3591 and 3592.)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

_____
Neil H. MacBride
United States Attorney

_____
Michael E. Rich
Assistant United States Attorney

_____
Jonathan L. Fahey
Assistant United States Attorney

3