IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:11CR115 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Liam O'Grady |
| JORGE TORREZ, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR DISCLOSURE

COMES NOW the United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Michael E. Rich, Jonathan L. Fahey and James L. Trump, Assistant United States Attorneys and moves this court for permission to disclose sealed materials to the defense in order to comply with our discovery obligations. These materials will be disclosed subject to the protective order already in place. The defendant does not object to this motion.

WHEREFORE the government moves this Court for permission to disclose any sealed materials as they relate to the government's discovery obligations.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____/s/_____
Michael E. Rich
Jonathan L. Fahey
James L. Trump
Assistant United States Attorneys

Certificate of Service

      I certify that on this 5th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Geremy C. Kamens, Esq.
        Federal Public Defender's Office
        1650 King Street, Suite 500
        Alexandria, Virginia 22314

        Christopher M. Davis
        1350 Connecticut Avenue, N.W., Suite 202
        Washington, D.C. 20036

        By:      /s/
              Jonathan L. Fahey
              Assistant United States Attorney