IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE TORREZ,<br><br>Defendant. | No. 1:11-cr-115 (RDA) |

**MOTION OF THE UNITED STATES TO HAVE THE
DEFENDANT TRANSPORTED TO THE ALEXANDRIA DETENTION CENTER**

The United States herby moves the Court for the entry of an order requiring the United States Marshals Service to transport the defendant, Jorge Torrez, from the Northern Neck Regional Jail to the Alexandria Detention Center to facilitate the completion of the court-ordered mental health evaluation and the defendant's attendance at the status conference scheduled for September 13, 2023. In support of this motion, the United States represents:

1. The defendant is being held locally at the Northern Neck Regional Jail. The defendant, who has been sentenced to death, had been incarcerated at USP Terre Haute, a high security United States penitentiary. He was brought to this district to resolve his motion to represent himself for the purpose of filing a motion pursuant to 28 USC § 2255.

2. The Honorable Liam O'Grady, United States District Judge, had entered an order requiring Dr. Richard Ratner, an expert psychiatrist, to evaluate the defendant with regard to the defendant's pending motion. Dr. Ratner has informed government counsel that he needs to meet with the defendant again in order to complete his report. Dr. Ratner has indicated that he can meet with the defendant during the week of September 11, 2023. Examining the defendant at the

Northern Neck Regional Jail would be impractical for Dr. Ratner, given its distance from Alexandria, especially if more than one session is needed.

3. The Court has scheduled a status conference for September 13, 2023, and the defendant must be brought to Alexandria for that conference.

4. The United States requests that the United States Marshals Service be directed to transport the defendant from the Northern Neck Regional Jail to the Alexandria Detention Center on or before September 11, 2023. The government further requests that the defendant remain at the Alexandria Detention Center until September 16, 2023. This request, if granted, would allow Dr. Ratner to complete his examination of the defendant while the defendant is at the Alexandria Detention Center, and it would also allow the defendant to meet with his appointed counsel, should he choose to do so, before or after the scheduled conference. A proposed order is attached.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:           /s/
James L. Trump
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I caused the foregoing pleading to be sent electronically to counsel of record through the Court's ECF system.

                                                     /s/
                                       James L. Trump
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       2100 Jamieson Avenue
                                       Alexandria, VA 22314
                                       703-299-3726
                                       jim.trump@usdoj.gov