Dear Honorable Judge Rossie D. Alston, Jr

FILED MAILROOM
DEC - 7 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

pg. 1

I have received and I have read the draft for my habeas motion. Let me tell you what I think about this draft. This draft is missing a lot of things that I discussed with my current counsel. Some of the things missing would only have helped my current counsel make there point and help them prove there arguments. For example: on pg. 11 of the draft it talks about Dr. Humphrey Germaniuk one of the expert witnesses for the government, a pathologist. I told my current counsel that my trial attorneys had told me, that they looked in at Dr. Germaniuk. They told me that Dr. Germaniuk was run out of the DC area for some reason and that he is not a reliable expert witness. Even tho both counsel teams know this no one has argued this in court like they should have. If you have something to attack the credibility of the government expert witness why not use it? One other thing that involves Dr. Germaniuk that is not mentioned in the draft is: During my federal trial when Dr. Germaniuk was on the stand. One of my attorneys was questioning him if he was aware that the government had other Air Force one shoes that they did not test or mentioned to him because they focused on me only. Dr. Germaniuk told my trial attorney in front of the jury, if you have proof of evidence that could show him the government focused on me only or that could possibly point the finger at someone els then to show it to him. Let me tell you that this evidence dose exist. Its in my discovery in the form of a shoe print annals report done by a shoe print expert witness. This report said that the government had like 5 pairs of Air Force one shoes they did not test that did not belong to me. They were from other people who lived in the same building. If I had access to my discovery I would find this report copy it and send it to you along with this letter Im wrighting you. This was a heated argument between Dr. Germaniuk and my attorney. By not turning in this shoe print annals report, it looked as if my attorneys were lieing and just making up a story

That was not backed by any evidence at all. My trial attorneys had this shoe print annals report the hole time. Why they did not turn it in as evidence so the jury could see for themselves that they were telling the truth and not lieing is beyond me. By not turning in this report, counsels deficient performance prejudiced the jurors against me in the 1st phase of trial the guilt innocent phase. This evidence was available and would have supported counsels own theory of how the government focused on me only and with held evidence from there own expert witness. This is clearley ineffective assistance of counsel.

Everyone knows its up to the defendant on how he will plea. Correct me on this if I am wrong. If the defendant pleas eather guilty or not guilty, the defendants attorneys have to abide by that decision wether they like or dis like that choice. Am I right or am I wrong? I believe I am right about this. So for my fedaral trial my plea was not guilty. My trial attorney, Robert Jenkins should have accepted my decision without opposition. Robert Jenkins did not accept my decision without opposition. They (my trial attorneys) would keep on trying to get me to plea guilty so they could beat the death sentence. This is all they cared about. They did not care about defending me from the charges against me. At one point they had even told me directly, that they believed I was guilty of my charges. I should have fired them right there on the spot when they told me that. I highly doubt that this would have gone over vary good with the court at that time. Being that I had just fired my F.P.D. for lieing to me. The court would have assumed that I was intentionaly trying to delay them. Because of this I know my trial attorneys

did not defend me like they should have. The whole time they thought I was guilty, so they did not defend me like they would have if they thought I was innocent. I plead not guilty but they treat me like I'm guilty. My trial was about 2-weeks long if I remember correctly. My trial attorneys spent about 2-weeks defending me (varry poorly) in front of a jury. So for 2-week my lawyers are arguing with the government saying that I did not do the crims I'm charged with in front of a jury. So tell me why my attorney Robert Jenkins, in his closing argument tells the jury right before they go into deliberation, "my client did not mean to kill the victim!" This is a statement of confession. My plea was not guilty. My attorney Robert Jenkins maid that statement to the jury without my approval, without my consent, without notifying me or even mentioning it at all to me. The jury thinks that that statement was maid by my attorney with my consent when it was not maid with my approval. No jury in the hole country is going to come out of deliberation with a verdict of not guilty after hearing a statement of confession from the defendants attorney. This statement was very prejudice to me and it was very damaging to my defence and it was maid by my own attorney Robert Jenkins. This alone should have been grounds for a mistrial. You dont have to take my word for this, all you have to do is read my trial transcripts, look for Robert Jenkins closing argument. You will see when he makes that statement about me. If I had my full discovery and transcripts, I would send a copy of this statement to you, but I do not have any of my transcripts or discovery. I'm waiting for the court to make a decision in my case to let me represent myself, so I can

File a motion to get all of my discovery and transcripts back from my attorneys. I have asked them to do so but they will not send it to me. Anyways, everything I just said about this statement maid by Robert Jenkins, I have told my current counsel. So why did my current counsel not use it in there draft? This would have only helped them make there argument better. It gose with what they already have in there draft. This shows to me that my current counsel dose not lissen to me, or dose not understand me, or are they truly this incompetent? Eather way it is, I do not want my current counsel to represent me on this case. They are providing me with Ineffective Assistance of Counsel just as bad as my previous counsel.

There is more that I can still say about this draft, but I would rather wait untill I have my discovery so I can actually back up my statements. So I will say no more about this draft.

I have called James Hundley at 703-883-0880, and I have called Joan Robin at 703-349-1111, and the Pennsylvania office at 215-928-0520 but they do not answer the calls or accept my collect calls. So how can they provide effective assistance of counsel if I can not get a hold of them when I need to? Thank God I was not calling them for something important to do with my case. I have a trivial issue that I could use there help on. But sentce they can not or will not answer my calls I will ask the court for help on—

This trivial issue. When I left the Alexandria Jail the 1st time I was there this year (2023) I had $150 worth of commissary, legal and medical documents, pluss my personal property. They were supposed to send my money and property to Terre Haute, IN, but they did not do so. I was at Northern Neck for like 2 months before I was sent back to Alexandria Jail for a week and a day. The Alexandria Jail still had my money and my property. When I left the 2nd time from the Alexandria Jail I had $100 worth of commissary (food) $80 on my commissarry account and $20 on my phone account, pluss what I have said before. I talked to the property officer Ms. Brown, Sgt Eddy (E.D.) and Ms. Knox from Inmate Accounts at Alexandria Jail before I left. They told me they would send my property to me here at Northern Neck. I had my sister call Alexandria Jail to pay for shipping my property to me, the day after I left the jail. To this day the jail has not called back to my sister, and I still do not have my money or my property from Alexandria Jail. So can the court please call the Alexandria Jail and have them send me my money and property? Can some one please tell me were my property and money are at? or when will I get it? I have had my sister call the jail and leave messages but the jail dose not respond back to my sister. I have all so filled out the Inmate Money Transfer Form here at Northern Neck and they have sent it to Alexandria Jail. Still I have heard and recieved nothing. I have provided some of the request forms and responces from Northern Neck that I have recieved. I hope to hear back from the court soon.

*[signature]*

12/1/23