# WESTERN UNION REFUND INSTRUCTIONS

Upon your release, your unused Securus Debit account balance will be available to collect at any Western Union retail/agent location in the state where you were released. Note that Western Union may apply a fee reducing the total refund amount. Your refund should be available for collection within 2 business days after your request for refund is received by Securus.

All refunds in excess of $100 will be evaluated to prevent fraud or money laundering and could take up to 5 business days to process. Securus Debit accounts are designed to pay for secures services and not for the transfer of monies between friends, family and the formerly incarcerated individual. Securus reserves the right to return funds to the rightful owner and may return any questionable funds to the debit/credit card used to deposit the funds.

### How do I get my Money?

1. Contact the Securus Detainee Hotline at 1-855-273-7292 to request the refund.

2. Securus will provide you with a Money Transfer Controll Number (MTCN) for the approved amount. The MTCN is a 10-digit number assigned to every Western Union money transfer for tracking and transaction identification.

3. Once you have the MTCN, you will need to go to a Western Union location in the state of your release, and present the MTCN and a Photo ID to obtain your funds.

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name _Jorge Torrez_      Time _3:30_

Date _9/21/23_      Housing _F-131_

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- ☐ Community Corrections
- ☐ Chaplin
- ☐ Classification
- ☐ Commissary
- ☐ Inmate Accounts
- ☐ Mail
- ☐ Medical
- ☐ Notary

- ☒ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☐ Other _____

**REQUEST:** can you Please contact Securus and have Them Transfer My Money From My Phone account In Alexandria Jail To My Phone accoun here In NNRJ. I had Like $20.00 In My Account In Alexandria.

Staff Receiving the Request: _M. Hall_      Date _9/21/23_

Supervisory Review: _____ Date _____

Action Taken: _____

Response: _I have attached form on how to retrieve your funds from Securus_

Signature _Strance_      Date _9/25/23_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

# NORTHERN NECK REGIONAL JAIL
## *INMATE REQUEST FORM*

Name Jorge Torrez                                    Time 8:00

Date 10/9/23                          Housing D-218

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- ☐ Community Corrections
- ☐ Chaplin
- ☐ Classification
- ☐ Commissary
- ☒ Inmate Accounts
- ☐ Mail
- ☐ Medical
- ☐ Notary

- ☐ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☐ Other _____

**REQUEST:** I have Been here For 3 weeks and I have Not reckived My Money From Alexandria Jail, can you please call Them and ask Them what They Did with my money? Last Time I was here, They Did Not send me My Money After I have Been here For 2 Months, Im still Wighting For The same money From That Time, were is my money AT?

Staff Receiving the Request: Cpl Yoch                    Date 10/9/23

Supervisory Review: _____                    Date _____

Action Taken: _____

Response: I have requested your funds, will add when received

Signature Strance                    Date 10/13/23

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM



Name Jorge Torrez     Time 8:00

Date 9/29/23     Housing F-131

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- ☐ Community Corrections
- ☐ Chaplin
- ☐ Classification
- ☐ Commissary
- ☒ Inmate Accounts
- ☐ Mail
- ☐ Medical
- ☐ Notary

- ☐ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☐ Other _____

**REQUEST:** Can you Please contact Securus and have them Transfer my money from my Phone Account in Alexandria Jail To my Phone Account here at NNRJ? I had Like $20.00 on my Phone Account and I had money on my commissary Account as well. They told me they would send my money To me here But They have Not So Far.

Staff Receiving the Request: M. Ila     Date 9/28/27

Supervisory Review: _____ Date _____

Action Taken: _____

Response: You can contact them 1·800·844·6591 Your money will automatically follow you from alexandria. It typically takes about 2 weeks or more to do so.

Signature _____ Date 10/3/23

Original – Completed form forwarded to appropriate file.
Copy 1 – Completed form returned to Inmate with Action Noted/Response.
Copy 2 – Retained by Inmate at Time of Request.