

Dear Honorable Judge Rossie D. Alsten, Jr                              pg. 1

The last time I talked to Dr. Ratner witch was like September or October of last year, He told me He would be done with his report by ether the 1st or the 2nd week of November of 2023. It is now June/3/2024 and I still have heard nothing from Dr. Ratner or the court. I would like to know if Dr. Ratner has filed his report with the court? If Dr. Ratner has filed his report with the court, I would like a copy of his report. If Dr. Ratner has not filed his report yet, I would like to know when will Dr. Ratner be done with his report and file it with the court? I would like to know when the dead line for this report to be done and filed is? If Dr. Ratner can not finish and file his report in a timely fashion, Then I hear by request a new psychiatrist who can finish and file his report in a timely fashion. I want to know what is going on, whats taking so long for this report to be finished?

                                        [signature]
                                        6/3/24